**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6545**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MUHAMMAD ABDUL RAHMAN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (7:08-cr-00126-D-1)

Submitted:  October 20, 2020                    Decided:  October 23, 2020

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Muhammad Abdul Rahman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

Brian A. Benczkowski, Assistant Attorney General, John P. Cronan, Deputy Assistant Attorney General, Thomas E. Booth, Criminal Division, U.S. DEPARTMENT OF JUSTICE, Washington, D.C.,

PER CURIAM:

Muhammad Adbul Rahman appeals from the district court's order denying relief on his motion for a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222. We have reviewed the record and find that the district court did not abuse its discretion in declining to reduce Rahman's sentence. Accordingly, we deny Rahman's motion for a limited remand and affirm for the reasons stated by the district court. *United States v. Rahman*, No. 7:08-cr-00126-D-1 (E.D.N.C. Apr. 17, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*